MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LONNY B. CUNNINGHAM,  )
                      )
        Plaintiff,    ) CASE NO.
                      )
vs.                   )
                      )
EXPERIAN INFORMATION  )
SERVICES, INC.,       )
                      )
        Defendant.    ) JURY DEMANDED
_____)

COMPLAINT

JURISDICTION

1.  The jurisdiction of this Court attains pursuant to the FCRA, 15 U.S.C. Section 1681(p), and the doctrine of supplemental jurisdiction.  Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant perpetrated therein.

PRELIMINARY STATEMENT

2.  The Plaintiff brings this action for damages based upon Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 *et seq.* (hereinafter referred to as "FCRA"), and of state law obligations brought as supplemental claims.

3. Plaintiff is a natural person and is a "consumer" as defined by § 1681a(c) of the FCRA.

4. The Defendant Experian Information Solutions, Inc., ("Experian"), is a corporate entity licensed to do business in the State of Nevada.

5. Experian is a consumer reporting agency, as defined in FCRA § 1681(f), regularly engaged in the business of assembling, evaluating, and dispensing information concerning consumers for the purpose of furnishing consumer reports, as defined in § 1681a(d) of the FCRA, to third parties.

## FACTUAL ALLEGATIONS

6. Plaintiff's creditworthiness has been repeatedly compromised by the acts, obduracy and general indifference of the Defendant.

7. Plaintiff applied for a Nevada State Contractor's License.

8. Plaintiff did not receive his license due to three (3) erroneous judgments reported by Experian.

9. An excerpt from Plaintiff's January 23, 2013 Experian profile is attached as Exhibit 1.

10. Exhibit 1 reflects outstanding judgments in the respective amounts of $10,000.00 (Ramos), $47,000.00 (Ahern) and $44,000.00 (Hertz).

11. In fact, each of these substantial judgments were long ago fully satisfied (Exhibits 2-4).

12. Defendant is the only credit reporting agency reporting the judgments as unsatisfied.

13. An excerpt from Plaintiff's February 19, 2013 Equifax profile is attached as Exhibit 5.

14. In Exhibit 5 Equifax reports both the Ramos and Ahern judgments as satisfied and does not even report the Hertz judgment.

15. On October 9, 2012 Plaintiff received a letter from the Nevada State Contractor's Board (Exhibit 6).

16. In Exhibit 6, the Board denied Plaintiff's license due to the existence of the three "delinquent" judgments.

17. Exhibit 6 specifically reflects that the negative information was obtained from Plaintiff's October 8, 2012 Experian Credit Report.

STATEMENT OF CLAIM AS AGAINST DEFENDANT

18. In the entire course of its action, Defendant willfully and/or negligently violated the provisions of the FCRA in the following respects:

   a. By willfully and/or negligently failing, in the preparation of the consumer reports concerning Plaintiff, to follow reasonable procedures to assure maximum possible accuracy of the information in the reports.

   b. By willfully and/or negligently failing to comport with FCRA § 1681i.

3

PRAYER FOR RELIEF

THEREFORE, Plaintiff prays that the court grant the following relief as against Defendant:

    a)    actual damages;
    b)    punitive damages;
    c)    attorney's fees; and
    d)    costs.

Respectfully submitted,

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV  89102
Attorney for Plaintiff

4



**Experian**
A world of insight

☒ Close window

**Online Personal Credit Report from Experian for**

Experian credit report prepared for
**LONNY CUNNINGHAM**
Your report number is
**3965-6049-65**
Report date:
**01/23/2013**

Index:
- Contact us
- Potentially negative items
- Accounts in good standing
- Requests for your credit history
- Personal information
- Important message from Experian
- Know your rights

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider." Consumer statements included on your report at your request that contain medical information are disclosed to others.

To return to your report in the near future, log on to www.experian.com/consumer and select "View your report again" or "Dispute" and then enter your report number.

If you disagree with information in this report, return to the Report Summary page and follow the instructions for disputing.

## Contact us                                                    back to top

Need to view your report again or dispute information? Access your report online at www.experian.com/viewreport.
You may also contact us by mail at:
NCAC
P.O. Box 9701
Allen, TX 75013

Or, by phone at:
1 800 493 1058
Monday through Friday, 9 am to 5 pm in your time zone.

## Potentially Negative Items or items for further review          back to top

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

**Payment history legend**
| | | | |
|---|---|---|---|
| OK | Current/Terms of agreement met | VS | Voluntarily surrendered |
| 30 | Account 30 days past due | R | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |



EXHIBIT **1**

```
 90  Account 90 days past due       IC   Insurance claim
120  Account 120 days past due      G    Claim filed with government
150  Account 150 days past due      D    Defaulted on contract
180  Account 180 days past due      C    Collection
CRD  Creditor received deed         CO   Charge off
 FS  Foreclosure proceedings started CLS Closed
  F  Foreclosed                     ND   No data for this time period
```

## Public Records

Credit grantors may carefully review the items listed below when they check your credit history. Please note that the account information connected with some public records, such as bankruptcy, also may appear with your credit items listed later in this report.

**WOODLAND MUNICIPAL COURT**
Address:                         Identification Number:    Judgment in favor of:
725 COURT ST STE 103             G082231                   RAMOS OIL CO INC.
WOODLAND , CA  95695
*No phone number available*

Address Identification Number:
0195439149
Status:  Civil claim judgment.                             Status Details:  This item is scheduled to continue on record
                                                           until Nov 2015.

Date Filed:                      Claim Amount:
11/24/2008                       $10,544
Date Resolved:                   Liability Amount:
NA                               NA
Responsibility:
Joint


**WOODLAND MUNICIPAL COURT**
Address:                         Identification Number:    Judgment in favor of:
725 COURT ST STE 103             G081953                   AHERN RENTALS INC.
WOODLAND , CA  95695
*No phone number available*

Address Identification Number:
0195439149
Status:  Civil claim judgment.                             Status Details:  This item is scheduled to continue on record
                                                           until Dec 2015.

Date Filed:                      Claim Amount:
12/10/2008                       $47,181
Date Resolved:                   Liability Amount:
NA                               NA
Responsibility:
Individual


**WOODLAND MUNICIPAL COURT**
Address:                         Identification Number:    Judgment in favor of:
725 COURT ST STE 103             CV083336                  HERTZ EQUIPMENT RENTAL CORP.
WOODLAND , CA  95695
*No phone number available*

Address Identification Number:
0195439149

Status: Civil claim judgment.                    Status Details: This item is scheduled to continue on record until May 2016.

Date Filed:            Claim Amount:
05/01/2009             $44,824
Date Resolved:         Liability Amount:
NA                     NA
Responsibility:
Joint

# Credit Items

For your protection, the last few digits of your account numbers do not display.

**BANK OF STOCKTON**
Address:                    Account Number:
301 E MINER AVE             212441....
STOCKTON, CA 95202
No phone number available
Address Identification Number:
0195344179
Status: Account charged off. $2,543 past due as of Mar 2010.   Status Details: This account is scheduled to continue on record until Aug 2015.

Date Opened:        Type:                 Credit Limit/Original Amount:
12/2004             Auto Loan             $41,356
Reported Since:     Terms:                High Balance:
01/2005             60 Months             NA
Date of Status:     Monthly Payment:      Recent Balance:
03/2010             $0                    $2,543 as of 03/2010
Last Reported:      Responsibility:       Recent Payment:
03/2010             Individual            $0

Payment History:

| 2010 | | | 2009 | | | | | | | | | | 2008 | | | | |
|------|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG |
| CO | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | R | R | 30 | 30 | OK | OK | OK |

| | | | | | 2007 | | | | | | | | | | | | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | | | | | | | | | 2005 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| MAR | FEB | JAN |
|-----|-----|-----|
| OK | OK | OK |

Account History:
Charge Off as of Mar 2010
Repossession as of Feb 2009, Jan 2009
30 days past due as of Dec 2008, Nov 2008


**MERCEDES-BENZ FINANCIAL SERVICES**
Address:                        Account Number:
13650 HERITAGE VALLEY           700253....
PARKWAY
FT WORTH, TX 76177
No phone number available
Address Identification Number:
0522107838

May. 14. 2009 10:56AM    HERITAGE LAW GROUP                              NO. 9646    P. 4

#3

**EJ-100**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>After recording return to:    232904<br>VANESSA MONTAGUE<br>MONTAGUE & VIGLIONE<br>1500 River Park Drive, Suite 110<br>Sacramento, CA 95815<br>TELEPHONE NO.: (916) 929-5018<br>FAX NO. (Optional): (916) 929-8967<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff Ramos Oil Co., Inc. | FOR RECORDER'S OR SECRETARY OF STATE'S USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Yolo<br>STREET ADDRESS: 725 Court Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Woodland, CA 95695<br>BRANCH NAME: | |

| | |
|---|---|
| PLAINTIFF: RAMOS OIL CO., INC., a California corporation<br>DEFENDANT: CONNECT 2 WIRELESS, INC., a California corporation; LONNY BOE CUNNINGHAM | CASE NUMBER:<br>G08-2231 |
| **ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**<br>☒ FULL    ☐ PARTIAL    ☐ MATURED INSTALLMENT | FOR COURT USE ONLY |

1. Satisfaction of the judgment is acknowledged as follows:
   a. ☒ Full satisfaction
      (1) ☐ Judgment is satisfied in full.
      (2) ☒ The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. ☐ Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. ☐ Matured installment
      All matured installments under the installment judgment have been satisfied as of (date):
2. Full name and address of judgment creditor:*
   Ramos Oil Co., Inc., P.O. Box 401, West Sacramento, CA 95691

3. Full name and address of assignee of record, if any:

4. Full name and address of judgment debtor being fully or partially released:*
   Connect 2 Wireless, Inc., a California corporation, Lonny Boe Cunningham, and Lance Jon Umbertis, 108 N. East St., Woodland, CA 95776
5. a. Judgment entered on (date): November 24, 2008
   b. ☐ Renewal entered on (date):
6. ☒ An ☒ abstract of judgment    ☐ certified copy of the judgment has been recorded as follows (complete all information for each county where recorded):

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
|---|---|---|
| San Luis Obispo | 12/22/08 | 2008062543 |
| Yolo | 12/19/08 | 2008-0036949-00 |

7. ☐ A notice of judgment lien has been filed in the office of the Secretary of State as file number (specify):

NOTICE TO JUDGMENT DEBTOR: If this is an acknowledgment of full satisfaction of judgment it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.
Date: April 7, 2009

▶ /s/ _____
(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY*)

Page 1 of 1

* The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction.
** A separate notary acknowledgment must be attached for each signature.
Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. January 1, 2005]

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**    Code of Civil Procedure, §§ 724.060, 724.120, 724.250

Ramos Oil Co., Inc. 314

END OF DOCUMENT

EXHIBIT 2

**EJ-100**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
After recording return to:
Donald T. Dunning (144665)
James MacLeod (249145)
THE DUNNING LAW FIRM
4545 Murphy Canyon Road, Suite 200
San Diego, CA 92123
TELEPHONE NO.: (858) 974-7600
FAX NO. (Optional): (858) 974-7601
E-MAIL ADDRESS (Optional): DDunning@DunningLaw.com
ATTORNEY FOR (Name): PLAINTIFF HERTZ EQUIPMENT RE

SUPERIOR COURT OF CALIFORNIA, COUNTY OF YOLO
STREET ADDRESS: 725 COURT STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: WOODLAND, CA 95695
BRANCH NAME: WOODLAND

FOR RECORDER'S OR SECRETARY OF STATE'S USE ONLY

PLAINTIFF: HERTZ EQUIPMENT RENTAL CORPORATION, a corporation
DEFENDANT: LONNY CUNNINGHAM aka BOE CUNNINGHAM, an individual; LANCE UMBERTIS, an individual

CASE NUMBER: CV08-3336

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**
[X] FULL   [ ] PARTIAL   [ ] MATURED INSTALLMENT

FOR COURT USE ONLY

1. Satisfaction of the judgment is acknowledged as follows:
   a. [X] Full satisfaction
      (1) [X] Judgment is satisfied in full.
      (2) [ ] The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. [ ] Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. [ ] Matured Installment
      All matured installments under the installment judgment have been satisfied as of (date):

2. Full name and address of judgment creditor:* HERTZ EQUIPMENT RENTAL CORPORATION, a corporation, THE DUNNING LAW FIRM, 4545 MURPHY CANYON ROAD, SUITE 200, SAN DIEGO, CA 92123

3. Full name and address of assignee of record, if any: NONE

4. Full name and address of judgment debtor being fully or partially released:* LONNY CUNNINGHAM aka BOE CUNNINGHAM, an individual, 108 N EAST STREET, WOODLAND, CA 95776

5. a. Judgment entered on (date): MAY 1, 2009
   b. [ ] Renewal entered on (date):

6. [X] An [X] abstract of judgment [ ] certified copy of the judgment has been recorded as follows (complete all information for each county where recorded):

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
|---|---|---|
| YOLO | MAY 27, 2009 | 2009-016258-00 |

7. [ ] A notice of judgment lien has been filed in the office of the Secretary of State as file number (specify):

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: AUGUST 6, 2009

THE DUNNING LAW FIRM

(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY*)

Page 1 of 1

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. January 1, 2005]

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

Legal Solutions

Code of Civil Procedure, §§ 724.060, 724.120, 724.250



EXHIBIT 3

Apr. 23. 2009 10:53AM    HERITAGE LAW GROUP                                No. 9494   P. 3

EJ-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR RECORDER'S OR SECRETARY OF STATE'S USE ONLY |
|---|---|
| Conor H. McElroy, Esq. SBN 244614<br>Porter Law Group, Inc.<br>7801 Folsom Boulevard, Suite 101<br>Sacramento, California 95826 | |

TELEPHONE NO.: (916) 381-7868
FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Ahern Rentals, Inc.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Yolo
STREET ADDRESS: 725 Court Street
MAILING ADDRESS:
CITY AND ZIP CODE: Woodland, California 95695
BRANCH NAME:

PLAINTIFF: Ahern Rentals, Inc.

DEFENDANT: Connect 2 Wireless, Inc. et al.

| ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT | CASE NUMBER: |
|---|---|
| [✓] FULL   [ ] PARTIAL   [ ] MATURED INSTALLMENT | CV08-1953 |

FOR COURT USE ONLY

1. Satisfaction of the judgment is acknowledged as follows:
   a. [✓] Full satisfaction
      (1) [✓] Judgment is satisfied in full.
      (2) [ ] The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. [ ] Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. [ ] Matured installment
      All matured installments under the installment judgment have been satisfied as of (date):

2. Full name and address of judgment creditor:*
   Ahern Rentals, Inc., C/O Conor McElroy, Esq., Porter Law Group, Inc., 7801 Folsom Boulevard, Suite 101, Sacramento, California 95826

3. Full name and address of assignee of record, if any:

4. Full name and address of judgment debtor being fully or partially released:*
   Lonny Boe Cunningham, 108 N East Street, Woodland, California 95776

5. a. Judgment entered on (date):
   b. [ ] Renewal entered on (date):

6. [✓] An [✓] abstract of judgment [ ] certified copy of the judgment has been recorded as follows (complete all information for each county where recorded):

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
|---|---|---|
| Yolo County | March 27, 2009 | 2009-0008913-00 |
| Sonoma County | March 31, 2009 | 2009028304 |

7. [✓] A notice of judgment lien has been filed in the office of the Secretary of State as file number (specify):
   09-7187819848

NOTICE TO JUDGMENT DEBTOR: If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in Item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: April 23, 2008

(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY)
Conor H. McElroy, Esq.

Page 1 of 1

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. A separate notary acknowledgment must be attached for each signature.

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. January 1, 2010]

ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT

Code of Civil Procedure, §§ 724.060, 724.120, 724.250

EXHIBIT 4



**Equifax Credit Report™ for Lonny B. Cunningham**
As of: 02/19/2013
Available until: 03/21/2013
Confirmation #:3550103659

Report Does Not Update

| Section Title | Section Description |
|---|---|
| 1. Credit Summary | Summary of account activity |
| 2. Account Information | Detailed account information |
| 3. Inquiries | Companies that have requested or viewed your credit information |
| 4. Negative Information | Bankruptcies, liens, garnishments and other judgments |
| 5. Personal Information | Personal data, addresses, employment history |
| 6. Dispute File Information | How to dispute information found on this credit report |
| 7. Summary of Your Rights Under the FCRA | Summary of Your Rights Under the FCRA |
| 8. Remedying the Effects of Identity Theft | Remedying the Effects of Identity Theft |
| 9. Your Rights Under State Law | Your Rights Under State Law |

# Credit Summary

Your Equifax Credit Summary highlights the information in your credit file that is most important in determining your credit standing by distilling key credit information into one easy-to-read summary.

## Accounts

Lenders usually take a positive view of individuals with a range of credit accounts - car loan, credit cards, mortgage, etc. - that have a record of timely payments. However, a high debt to credit ratio on certain types of revolving (credit card) accounts and installment loans will typically have a negative impact.

| Open Accounts | Total Number | Balance | Available | Credit Limit | Debt to Credit Ratio | Monthly Payment Amount | Accounts with a Balance |
|---|---|---|---|---|---|---|---|
| Mortgage | 1 | $0 | $0 | $8,954 | 0 % | $0 | 0 |
| Installment | 1 | $29,213 | $0 | $42,965 | 68 % | $410 | 1 |
| Revolving | 3 | $2,408 | $16,592 | $19,000 | 13 % | $41 | 1 |
| Other | 0 | $0 | N/A | N/A | N/A | $0 | 0 |
| Total | 5 | $31,621 | $16,592 | $70,919 | 45 % | $451 | 2 |

## Debt by Account Type



- Mortgage-0%
- Revolving-8%
- Installment-92%
- Other-0%

NOTE: Total may not equal 100% due to rounding

## Debt to Credit Ratio by Account Type



## Account Age

Usually, it is a good idea to keep your oldest credit account open, as a high average account age generally demonstrates stability to lenders. Also, especially if you have been managing credit for a short time, opening many new accounts will lower your average account age and may have a negative impact.

| Length of Credit History | 2003 Years, 3 Months |
|---|---|

**EXHIBIT 5**

| Account Owner: | Individual Account. | High Credit: | $ 15,000 |
| --- | --- | --- | --- |
| Type of Account: | Line of Credit | Credit Limit: | $ 15,000 |
| Term Duration: | | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 06/01/2005 | Balance: | $ 0 |
| Date Reported: | 01/01/2010 | Amount Past Due: | |
| Date of Last Payment: | 02/2009 | Actual Payment Amount: | |
| Scheduled Payment Amount: | | Date of Last Activity: | 02/2009 |
| Date Major Delinquency First Reported: | | Months Reviewed: | 47 |
| Creditor Classification: | | Activity Description: | Paid and Closed |
| Charge Off Amount: | | Deferred Payment Start Date: | |
| Balloon Payment Amount: | | Balloon Payment Date: | |
| Date Closed: | 05/2009 | Type of Loan: | Line of Credit |
| Date of First Delinquency: | N/A | | |
| Comments: | | | |

81-Month Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2009 | | | | | | | | | | | | |
| 2008 | | | | | | | | | | 30 | | |
| 2007 | | | | | | | | | | | | |
| 2006 | | | | | | | | | | | | |
| 2005 | | | | | | | | | | | | |

# Collections

A collection is an account that has been turned over to a collection agency by one of your creditors because they believe the account has not been paid as agreed.

**You have no Collections on file.**

# Public Records

Public record information includes bankruptcies, liens or judgments and comes from federal, state or county court records.

**You have no Bankruptcies on file.**

**Judgments**

| Type: | Judgment |
| --- | --- |
| Date Filed: | 12/2008 |

30

**Judgments**

| | |
|---|---|
| Case Number: | CV081953 |
| Court Number/Name: | |
| Court Address: | 625 Court St<br>Woodland, CA 956953448 |
| Plaintiff: | AHERN RENTALS INC |
| Defendant: | CUNNINGHAM LONNY B |
| Amount: | $47,181 |
| Status: | |
| Date Reported: | N/A |
| Satisfied Date: | |
| Verified Date: | |
| Comments: | |

**Judgments**

| | |
|---|---|
| Type: | Satisfied Judgment |
| Date Filed: | 11/2008 |
| Case Number: | G082231 |
| Court Number/Name: | |
| Court Address: | 625 Court St<br>Woodland, CA 956953448 |
| Plaintiff: | RAMOS OIL CO INC A CALIFORNIA CORPORATIO |
| Defendant: | CUNNINGHAM LONNY B |
| Amount: | $10,544 |
| Status: | |
| Date Reported: | N/A |
| Satisfied Date: | 04/2009 |
| Verified Date: | |
| Comments: | |

**Judgments**

| | |
|---|---|
| Type: | Satisfied Judgment |
| Date Filed: | 12/2008 |

31

| Judgments | |
|---|---|
| Case Number: | 2009000891300 |
| Court Number/Name: | |
| Court Address: | 625 Court St<br>Woodland, CA 956953448 |
| Plaintiff: | AHERN RENTALS |
| Defendant: | LONNIE BOE CUNNINGHAM |
| Amount: | $47,181 |
| Status: | |
| Date Reported: | N/A |
| Satisfied Date: | 04/2009  X |
| Verified Date: | 02/2010 |
| Comments: | |

You have no Tax Liens on file.

# Personal Information

The following information is added to your file either when creditors enter requests to view your credit history, or when you report it to Equifax directly.

**Name:** Lonny B. Cunningham
**Social Security Number:** XXX-XX-2387
**Age or Date of Birth:** 63
**Formerly Known As:** Lonny B. Cunnigham Cunningham B. Lonny

# Address Information

| Current/Previous | Street Address | Date Reported |
|---|---|---|
| Current | 1631 GROVE AVE WOODLAND,CA,95695 | Last Reported 02/19/2013 |
| Former Address1 | 6 TADLOCK PL WOODLAND,CA,95776 | Last Reported 07/06/2012 |
| Former Address2 | 108 N EAST ST WOODLAND,CA,95776 | Last Reported 01/02/2012 |
| Former Address3 | 18135 COUNTY ROAD 94B WOODLAND,CA,95695 | Last Reported 02/05/2013 |
| Former Address4 | 814 CALIFORNIA ST WOODLAND,CA,95695 | Last Reported 09/13/2010 |
| Former Address5 | 1555 BEDELL CT ROSEVILLE,CA,95747 | Last Reported 09/13/2010 |

# Other Identification

32

| BRIAN SANDOVAL<br>Governor | State Of Nevada | Reply To: | Southern Nevada<br>2310 Corporate Circle, Suite 200<br>Henderson, Nevada 89074<br>(702) 486-1100<br>Fax (702) 486-1190<br>Investigations: (702) 486-1110 |
|---|---|---|---|
| MEMBERS<br>Guy M. Wells, Chairman<br>Thomas "Jim" Alexander<br>Kevin E. Burke<br>Margaret Cavin<br>Donald L. Drake<br>Nathaniel W. Hodgson, III<br>Stephen P. Quinn | <br>STATE CONTRACTORS BOARD | | www.nscb.state.nv.us<br><br>Northern Nevada<br>9670 Gateway Drive, Suite 100<br>Reno, Nevada 89521<br>(775) 688-1141<br>Fax (775) 688-1271<br>Investigations: (775) 688-1150 |

October 9, 2012

Lonny Cunningham
**CONFIDENTIAL**
1631 Grove Ave
Woodland, CA 95695

Reference: Credit Report

Dear Mr. Cunningham:

After reviewing your application for Nevada State contractor's license the following item(s) are required:

(a) The Experian credit report of October 8, 2012 indicates there are judgments delinquent, open collection and or charged-off accounts. These items are as follows:

| Subscriber | Date | Amount (Past Due) | Reference Number |
|---|---|---|---|
| **Collection:** | | | |
| BANK OF STOCKTON-AUTO | 12/29/04 | $2,543.00 | XX3856 |

Pg. #1

JUDGMENT:  WOODLAND MUNICIPAL COURT    5/1/09    $44,824.00  — pg #2 thru #5
                    WOODLAND MUNICIPAL COURT   12/10/08  $47,181.00  — pg #6 thru #11
                    WOODLAND MUNICIPAL COURT   11/24/08  $10,544.00  — pg #12 thru #17

Please advise the undersigned, in writing within 30 days, the status of these account(s). If these accounts have been paid, please provide proof of payment (if providing a copy of a check, you must copy both front and back of check). This information was obtained through Experian and you may obtain a copy of this report by calling (888) 397-3742.

Should you have any questions regarding this matter please contact me at 702-486-1120 or at fax to 702-486-1190. My e-mail address is lbedsole@nscb.state.nv.us.

Sincerely,

Lisa Bedsole
License Analyst

Cc: Cynthia Gee, Licensing Supervisor
     Pending Application

# EXHIBIT 6